*Tuesday, December 14, 1999*

## MERIT DOCKET

**99-1977. Cotten v. Wilkinson.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.

Upon consideration of respondents' answer,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.